**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

## TADARROWL DERONE CARSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-57494-Y

## ORDER

This Court has before it appellant's June 19, 2015 motion to extend time to file his brief and to supplement the reporter's record. Appellant states that the record filed does not contain the reporter's record of the April 14, 2014 pretrial hearing. Further, appellant states that a copy of Volume 5, which is the exhibit volume, was not filed with the Dallas County District Clerk's office as required by Texas Rule of Appellate Procedure 34.6(h). We **GRANT** appellant's motion as follows.

We **DIRECT** the Clerk of this Court to provide the Dallas County District Clerk a CD containing a copy of Volume 5 of the reporter's record for use by the parties in preparation of their briefs.

We **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the April 14, 2014 pretrial hearing.

We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter; Vearneas Faggett, official court reporter, Criminal District Court No. 7; the Texas Court Reporters Certification Board; the Dallas County Auditor; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE